# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

      *v.*        Docket # 8:13CR81

**Steven J. Romshek**

On August 30, 2012, Steven J. Romshek was sentenced to 5 years probation. The period of probation commenced on August 30, 2012. Steven J. Romshek has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Steven J. Romshek be discharged from supervision.

Respectfully submitted,

*Amber M. Prusa*
Amber M. Prusa
U.S. Probation & Pretrial Officer Assistant

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __22nd__ day of __December__, 2015.

*Joseph F. Bataillon*
The Honorable Joseph F. Bataillon
Senior United States District Judge